AO 93    (Rev. 12/03) Search Warrant

# UNITED STATES DISTRICT COURT

__Southern__ District of __California__

2008 FEB 15  AM 9:52

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____/_____ DEPUTY

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

Nutri-Sport
3683 Midway Drive
San Diego, CA 92110

## SEARCH WARRANT

Case Number: **'08 MJ 0286**

TO: __Any agent/investigator of the DEA__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Ayoma Rudy, Diversion Investigator__ who has reason to believe
                                                                Affiant

that ☐ on the person of, or ☑ on the premises known as (name, description and/or location)

Nutri-Sport
3683 Midway Drive
San Diego, CA 92110

in the __Southern__ District of __California__ there is now concealed a certain person or property, namely (describe the person or property)

Lipodrene and other products containing ephredrine alkaloids, as well as business records relating to Hi-Tech Pharmaceuticals and United Supplements of America. See attached documents for a further description.

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before __2/9/08__
                                                                                        Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☑ in the daytime — 6:00 AM to 10:00 P.M.   ☐ ~~at anytime in the day or night as I find reasonable cause has been established~~ OK ~~and if the person or property be found~~ there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to

**BARBARA L. MAJOR**
**U.S. MAGISTRATE JUDGE** as required by law.

__1/31/08 at 10am__                    at        __SAN DIEGO, CALIF.__
Date and Time Issued                              City and State

**BARBARA L. MAJOR**
Name **U.S. MAGISTRATE JUDGE**        _/s/ Barbara L. Major_
                                                                Signature of Judge

AO 93    (Rev. 12/03)   Search Warrant (Reverse)

| RETURN | Case Number: | R2-07-2052 |
|---|---|---|
| DATE WARRANT RECEIVED<br>01/31/2008 | DATE AND TIME WARRANT EXECUTED<br>2/7/08 10:00am | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>John Giannatasio (owner) |
| INVENTORY MADE IN THE PRESENCE OF SA Tom Lenox, SA James Cox ||

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

See Attachment-C

### CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_signature_

Subscribed, sworn to, and returned before me this date.

_signature of Judge_          2/15/08 Date

## ATTACHMENT "A"

### Description of the Property and Premises to be Searched

NUTRI-SPORT, a Fitness Store is located at 3683 Midway Drive, San Diego, CA 92110 and is further described as a two storey building located in a strip mall on Midway Drive. NUTRI-SPORT is on the second floor has a beige stucco exterior with a black trim and red colored clay tile roof. NUTRI-SPORT is located adjacent to 24 Hour Fitness Center. The numerals 3683 are white in color against the beige stucco. Black steel balconies are affixed on the outside of the 2nd floor of the building and there are stairs leading to the balcony that serves as the entrance to NUTRI-SPORT. The front glass windows and door have white numerals advertising nutrition supplements. The other businesses in this building have separate street addresses.

## ATTACHMENT "B"

### Description of the Items to be Seized

1. Bottles and/or tablets of LIPODRENE believed to contain 25 mgs Ephedrine alkaloids.

2. Letters, cables, telegrams, telephone bills, address books, rolodexes, photographs, videos and documents reflecting the illegal distribution of List I Chemicals, including Lipodrene and ephedrine alkaloids.

3. Books, records, receipts, notes, ledgers and other documents relating to the sale of all Dietary Supplements that contain Ephedrine Alkaloids.

4. Documents and records relating to HI-TECH PHARMACEUTICALS and the purchase or distribution of Lipodrene.

## Attachment C

Inventory of Property taken pursuant to the Federal Search Warrant executed at 7710 Balboa Avenue, San Diego CA 92111

137 Full Bottles Lipodrene (100 ct) and 1 partial bottle

123 Boxes Vasopro Ephedrine (24 tabs each box)

14 Bottles Stamina Rx and 5 Packs/2 tabs each

One invoice relating to purchase of 120 bottles of Lipodrene